IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COMMISSIONER OF PATENTS,
    Washington, D.C. 20231

DEAR COMMISSIONER:

    In compliance with Title 15,Chapter 22, U.S.C., §1116, you are advised that there was filed on the 2 day of March, 2002, in this court an action, No. 02-2639, entitled:

| | |
|---|---|
| NAME | RENZETTI, INC. |
| ADDRESS | 8800 GRISSOM PARKWAY |
| | TITUSVILLE, FL 327800 |

versus

| | |
|---|---|
| NAME | FLYTOOL.COM |
| ADDRESS | D/B/A TOOLING ASSOCIATES |
| | 15570 CORTE MONTANOSO |
| | SAN DIEGO, CA 92127 |

involving the following registered trademark(s):

IN FLY TYING DEVICE AND METHODS
#5,169,079.

Date <u>8, DECEMBER, 1992</u>

By:_____
Inna Yukhananov , Deputy Clerk

civ649.frm